IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH SANTOS, TUNEKA GREEN, and MATTHEW MORRIS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>ERIC GOODE, SEAN MACPHERSON, and CHELSEA PARK LLC d/b/a The Park,<br><br>      Defendants. | No. 13 Civ. 3085 (RJS) |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Proposed Notice of Settlement ("Motion for Preliminary Approval"), and the Declaration of Rachel Bien in Support of Plaintiffs' Motion for Preliminary Approval ("Bien Decl."), Plaintiffs respectfully request that the Court enter an Order:

  (1)  granting preliminary approval of the Joint Stipulation of Settlement and Release, Bien Decl., Ex. A;

  (2)  certifying the proposed class for settlement purposes;

  (3)  appointing Outten & Golden LLP as Class Counsel;

  (4)  approving the proposed Notice of Settlement, Bien Decl., Ex. B;

  (5)  granting such other, further, or different relief as the Court deems just and proper.

        \*   \*   \*

Plaintiffs submit a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: March 7, 2014
      New York, New York

                Respectfully submitted,

By:   /s/ Rachel Bien
       Rachel Bien

**Outten & Golden LLP**
Rachel Bien
Sally J. Abrahamson (admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000
***Attorneys for Plaintiffs***