**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ELIZABETH SANTOS, TUNEKA GREEN, and MATTHEW MORRIS, on behalf of themselves and all others similarly situated,** | |
| **Plaintiffs,** | **No. 13 Civ. 3085 (RJS)(HP)** |
| **-against-** | |
| **ERIC GOODE, SEAN MACPHERSON, and CHELSEA PARK LLC d/b/a The Park,** | |
| **Defendants.** | |

**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND**
**REIMBURSEMENT OF EXPENSES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the Declaration of Rachel Bien in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement, and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1)     Awarding Class Counsel $141, 666 in attorneys' fees, which is one-third of the Settlement Fund;

(2)     Awarding Class Counsel $2,000 in out-of-pocket expenses; and

(3)     Granting such other, further or different relief as the Court deems just and proper.

Dated: September 5, 2014
        New York, New York

                        Respectfully submitted,

                By:     /s/ Rachel Bien
                        Rachel Bien

**Outten & Golden LLP**
Rachel Bien
Sally J. Abrahamson (admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000
***Attorneys for Plaintiffs***