IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ELIZABETH SANTOS, TUNEKA GREEN, and MATTHEW MORRIS**, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> -against-<br><br>**ERIC GOODE, SEAN MACPHERSON, and CHELSEA PARK LLC d/b/a The Park,**<br><br>      **Defendants.** | No. 13 Civ. 3085 (RJS)(HP) |

## NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF SERVICE AWARDS

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Service Awards, and in the Declaration of Rachel Bien in Support of Plaintiffs' Motion for Certification of the Settlement Class, Final Approval of the Class Action Settlement, and Approval of the FLSA Settlement and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order granting Service Awards for Plaintiffs Elizabeth Santos, Tuneka Green, and Matthew Morris in the amount of $10,000 each in recognition of the services they rendered on behalf of the class.

Dated: September 5, 2014
   New York, New York

               Respectfully submitted,

           By: /s/ Rachel Bien
              Rachel Bien

              **Outten & Golden LLP**
              Rachel Bien
              Sally J. Abrahamson (admitted *pro hac vice*)
              3 Park Avenue, 29th Floor
              New York, New York 10016
              Telephone: 212-245-1000
              *Attorneys for Plaintiffs*